MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorneys for Defendant
BANK OF AMERICA, NATIONAL
ASSOCIATION (incorrectly named herein as
BANK OF AMERICA CORPORATION)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation; 1232 SOUTH VERMONT AVENUE PROPERTY LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-09905-DMG-JEM<br><br>**DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION'S NOTICE OF SETTLEMENT** |

**TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to agreement of the parties, the above-captioned matter has been resolved. The Parties anticipate filing a Stipulation of Dismissal within 60 days.

Dated: January 18, 2021                MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Kathy H. Gao*
KATHY H. GAO
Attorney for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION (incorrectly named herein as BANK OF AMERICA CORPORATION)